UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-428(DSD/AJB)

Ulysses Adonis Haggenmiller,

       Plaintiff,

v.                                                **ORDER**

Robert Feneis, Pat Adair,
Denise Barger, Sherman Maddox,
Mark Uner, Steve McArty,

       Defendants.


This matter is before the court upon plaintiff's pro se objections to the report and recommendation of Magistrate Judge Arthur J. Boylan dated July 18, 2007. In his report, the magistrate judge recommends that defendants' motion for summary judgment be granted.

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). Plaintiff objects to the report and recommendation on several grounds but provides no apposite legal authority that supports his contentions. The court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of defendants' motion. Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 125] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment [Doc. No. 70] is granted.

2. This action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 6, 2007

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court